144 So. 918

## I. E. BEDSÓLE v. L. K. JONES.
### 2 Div. 507.

Court of Appeals of Alabama.
Nov. 8, 1932.

BRICKEN, P. J.
Appeal dismissed.

147 So. 921

## Edgar BEECH and Percy Beech v. STATE.
### I Div. 105.

Court of Appeals of Alabama.
April 11, 1933.

RICE, Judge.
Appeal dismissed.

147 So. 921

## Jeff BEECH v. STATE.
### I Div. 104.

Court of Appeals of Alabama.
April 11, 1933.

SAMFORD, Judge.
Appeal dismissed.

144 So. 918

## Philip BELLAMY v. STATE.
### 4 Div. 950.

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.
Affirmed.

147 So. 922

## Nadine BENTLEY v. STATE.
### 8 Div. 816.

Court of Appeals of Alabama.
April 18, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

144 So. 918

## Eugene BETTIS, Dock Mose, and Alfred Mose v. STATE.
### I Div. 98.

Court of Appeals of Alabama.
Nov. 22, 1932.

RICE, J.
Affirmed.